IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KRISTA ZINDEL,<br><br>Plaintiff,<br><br>v.<br><br>CASEY'S RETAIL COMPANY,<br><br>Defendant. | Case No. 26-229 JPG |

**JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 11/20/2026**

**THOMAS L. GALBRAITH,**
**Acting Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**